IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **BRICKLAYERS & ALLIED CRAFTWORKERS LOCAL 1 OF PA/DE,** et al., | : : : : | CIVIL ACTION |
| Plaintiffs, | : : | |
| v. | : : | No. 13-3883 |
| **A.R.B. CONSTRUCTION, INC. et al.,** Defendants/ Third Party Plaintiffs, | : : : : : | |
| v. | : : | |
| **ERNEST BOCK & SONS, INC.** Third-Party Defendant. | : : : | |

## ORDER

**AND NOW,** this 23rd day of March, 2016, upon consideration of "Ernest Bock & Sons, Inc.'s Motion for Summary Judgment Dismissing ARB's Claim Against it with Prejudice and Entering Judgment Against ARB" (Doc. No. 55), "Motion for Sanctions Under 28 U.S.C. § 1927 and Federal Rule of Civil Procedure 11" (Doc. No. 59), "Brief in Support of Defendant/Third Party Plaintiff A.R.B. Construction, Inc., et al.'s Response in Opposition to Third Party Defendant Ernest Bock & Son's Motion for Summary Judgment Dismissing A.R.B.'s Claim Against it with Prejudice and Entering Judgment Against A.R.B." (Doc. No. 64), and "Reply Brief in Support of Ernest Bock & Sons, Inc.'s Motion for Summary Judgment" (Doc. No. 66), and in accordance with the accompanying memorandum opinion, it is hereby **ORDERED** that:

1

2

- Ernest Bock & Sons, Inc.'s ("EBS") motion for summary judgment is **GRANTED** with respect to liability.[1]

- Ernest Bock & Sons, Inc.'s motion for summary judgment is **DENIED** with respect to damages**.**

- A hearing is **SCHEDULED** for 2:00 p.m. on Thursday, **April 21, 2016** in Courtroom 4-B. The parties should be prepared to (1) create a record on EBS's request for damages on its breach of contract claim and (2) present argument on EBS's motion for sanctions (Doc. No. 59.)

**BY THE COURT:**

**/s/ Mitchell S. Goldberg**

_____
**Mitchell S. Goldberg, J.**

---

[1] In its motion for summary judgment, EBS stated that it is no longer pursuing an entry of judgment against Ms. Harris personally. (EBS' Br. p. 15.)