IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BRICKLAYERS & ALLIED CRAFTWORKERS LOCAL 1 OF PA/DE, et al., | : : : | CIVIL ACTION |
| Plaintiffs, | : : | |
| v. | : : | No. 13-3883 |
| A.R.B. CONSTRUCTION, INC. et al., Defendants, | : : : : | |
| v. | : : | |
| ERNEST BOCK & SONS, INC. Third-Party Defendant | : : : | |

# ORDER

**AND NOW,** this 15th day of September, 2016, upon consideration of Ernest Bock & Sons., Inc.'s "Notice of Motion for Fees" (Doc. No. 56), "Declaration of Colin G. Bell, Esquire in Support of Application for Attorney's Fees and Costs" (Doc. No. 88), "ARB's Brief in Opposition to Ernest Bock & Sons. Inc. ("EBS") Application for Fees and Costs Incurred in Connection with EBS' Defense against ARB's Claims Under 42 U.S.C. § 1981" (Doc. No. 90) and in accordance with the accompanying memorandum opinion, it is **ORDERED** that:

− Ernest Bock & Sons., Inc.'s motion (Doc. No. 56) is **GRANTED**.

− A.R.B. Construction, Inc. **SHALL** pay $69,704.50 in attorney's fees and $7,713.81 in costs to Ernest Bock & Sons, Inc. within twenty-one (21) days of this Order.

BY THE COURT:

/s/ Mitchell S. Goldberg
_____
**Mitchell S. Goldberg, J.**